

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | SEALED |
| v. | § § | No. 4:20CR 94 |
| SALOMON ALEXANDER GARCIA-VARGAS (1)<br>SANTOS LOUVET LUNA-HERNANDEZ (2)<br>CARLOS EDUARDO MUNIZ-GARCIA (3) | § § § § § § | Judge Jordan |

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Count One

           Violation:  21 U.S.C. § 846 (Conspiracy to Possess with the Intent to Distribute Cocaine)

That from sometime on or about January 2020, and continuously thereafter up to and including March 12, 2020, in the Eastern District of Texas and elsewhere,

**Salomon Alexander Garcia-Vargas**
**Santos Louvet Luna-Hernandez**
**Carlos Eduardo Muniz-Garcia**

defendants, did knowingly and intentionally combine, conspire, and agree with each other and other persons known and unknown to the United States Grand Jury, to knowingly and intentionally possess with the intent to manufacture and distribute 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a violation of 21 U.S.C. § 841(a)(1).


In violation of 21 U.S.C. § 846.

## Count Two

> Violation: 18 U.S.C. § 924(c)
> (Possession of a Firearm in Furtherance
> of a Drug Trafficking Crime)

On or about March 4, 2020, within the Eastern District of Texas, **Santos Louvet Luna-Hernandez**, defendant, did knowingly possess a firearm, namely, a Smith and Wesson pistol, Serial Number FWS2032, in furtherance of a drug trafficking crime for which he may be prosecuted in a Court of the United States, to wit: conspiracy to possess with the intent to distribute cocaine.

In violation of 18 U.S.C. § 924(c).

## NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

As a result of committing the offense charged in this Indictment, the defendants shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 21 U.S.C. § 853, all property used to commit or facilitate the offenses, proceeds from the offenses, and property derived from proceeds obtained directly or indirectly from the offenses, including but not limited to the following:

> Smith and Wesson pistol, Serial Number FWS2032 including magazines and ammunition seized from **Santos Louvet Luna-Hernandez**; and
>
> $3,721.00 in U.S. currency seized from **Carlos Eudardo Muniz-Garcia.**

A TRUE BILL

_____
GRAND JURY FOREPERSON

JOSEPH D. BROWN
UNITED STATES ATTORNEY

_____          3/12/2020
ERNEST GONZALEZ                         Date
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | SEALED |
| v. | § § | No. 4:20CR 94 Judge Jordan |
| SALOMON ALEXANDER GARCIA-VARGAS (1) SANTOS LOUVET LUNA-HERNANDEZ (2) CARLOS EDUARDO MUNIZ-GARCIA (3) | § § § § § § | |

## Count One

Violation:   21 U.S.C. § 846

Penalty:   If 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine -- not less than 10 years and not more than life imprisonment, a fine not to exceed $10 million, or both; supervised release of at least five years.

Special Assessment: $100.00

## Count Two

Violation:   18 U.S.C. § 924(c)

Penalty:   Imprisonment for not more than five years to be served consecutive with any other term; a fine not to exceed $250,000, or both; a term of supervised release of not more than five years.

Special Assessment: $100.00